■

(April 23, 1962)

■ HELEN PERKINS, as Administratrix of the Estate of DONALD A. PERKINS, Deceased, Respondent, v. NIAGARA MOHAWK POWER CORPORATION, Appellant, and KENNETH BURNHAM, Respondent.— Appeal withdrawn, upon stipulation, and remitted to the Supreme Court of Madison County for further proceeding. Order entered. Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.

■

(April 27, 1962)

In decisions Nos. 1–9: Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of BERTHY BOLLAG, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of LESLIE L. GYORY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of JEANETTE B. JACOBS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of ANNE BOULDIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) In the Matter of the Claim of BOLESLAW ZACHAREWICZ, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of DOROTHY FENSTER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In the Matter of the Claim of FLORENTINA RAMIREZ, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of NATHAN WEINGARD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of ANDREW J. PANCOE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of JACOB FRIEDMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) RUSSELL BENN, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ FRED D. WALSH, Respondent, v. EUGENE S. MARTIN, Appellant. — Motion to dismiss appeal. Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the September 1962 Term on or before August 1, 1962, in which event motion denied. Cross motion to enlarge time to perfect appeal. Granted in accordance with the terms set forth on the motion to dismiss said appeal.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. WATSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY ENO, Appellant.— [In each action] Time to perfect appeals extended 90 days.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD R. NEMIRE, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BRUNSON, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR A. WANNAMAKER, Appellant.— Motion for permission to appeal as a poor person, for assignment of counsel and for an order directing the Otsego County Clerk